FILED

01/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0670

Nicholas J. Lofing
Britton J. Fraser
GARLINGTON, LOHN & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT  59807-7909
Phone (406) 523-2500
Fax (406) 523-2595
njlofing@garlington.com
bjfraser@garlington.com

  Attorneys for Mountain View Investments, LC

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 22-0670

| | |
|---|---|
| 360 RECLAIM, LLC, a Montana limited liability company, | |
| Plaintiff/Appellee | ORDER GRANTING EXTENSION OF TIME |
| v. | |
| WILLIAM M. RUSSELL, an individual, and MOUNTAIN VIEW INVESTMENTS, L.C., an Idaho limited liability company, | |
| Defendants/Appellants, | |

WILLIAM M. RUSSELL,

        Plaintiff/Appellant,

    v.

360 RECLAIM, LLC, a Montana
limited liability company,

        Defendant, Counter-
        Plaintiff and Third-Party
        Plaintiff/Appellee,

    v.

WILLIAM M. RUSSELL,

        Counter-Defendant/
        Appellant, and

U.S. TREASURY by and through the
INTERNAL REVENUE SERVICE,

        Third-Party Defendants.

---

Pursuant to authority granted under Montana Rule of Appellate Procedure 26(1), Appellant Mountain View Investments, L.C. is given an extension of time until February 28th, 2023, to prepare, file and serve their Opening Brief.

Dated this \_\_\_\_ day of _____, 2023.

_____

c:    Nicholas J. Lofing/Britton J. Fraser
       Kristin L. Omvig/Benjamin J. Hammer

ORDER GRANTING          2
EXTENSION OF TIME
4858-2244-8461

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 27 2023